AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Board of Trustees of the Southern Ohio Painters Hea )
*Plaintiff* )
v. ) Civil Action No. 3:21-cv-300
Sixth Region Remodeling, LLC )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Default Judgment is GRANTED; AWARDS it (a) $694,531.72 in damages and interest; $3,213.42 in reasonable attorney's fees and costs;ORDERS Defendant within 10 days of the Court's Order to submit its financial records to Plaintiff for an audit; and TERMINATING this case on the docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a Motion for Default Judgment Against Sixth Region Remodeling, LLC, by Plaintiff.

Date: 11 April 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*