IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN OHIO PAINTERS HEALTH & WELFARE TRUST FUND | ) ) ) ) CASE NO.  3:21-cv-0300-MJN-PBS |
| Plaintiff, | ) ) JUDGE MICHAEL J. NEWMAN |
| vs. | ) ) ) |
| SIXTH REGION REMODELING, LLC, et al. | ) JOINT MOTION FOR APPROVAL OF ) CONSENT JUDGMENT ) |
| Defendant. | ) ) ) |

## JOINT MOTION FOR APPROVAL OF CONSENT JUDGMENT

Plaintiff Board of Trustees of the Southern Ohio Painters Health & Welfare Trust Fund ("SOPHW"), together with Defendants Sixth Region Remodeling, LLC and GMCR Construction, LLC's ("GMCR") (collectively "Defendants"), by and through their undersigned counsel, jointly request that this Court approve the attached Consent Judgment and that the Court retain jurisdiction to enforce same.

           Respectfully Submitted,

           *s/ Timothy P. Piatt*
           TIMOTHY P. PIATT (0080620)
           Macala & Piatt, LLC
           601 S. Main St.
           North Canton, Ohio 44720
           Phone: (330) 493-1570
           Email: tppiatt@mgplaborlaw.com

           *Local Counsel for Plaintiff*

*s/ Katie Burch*
KATIE BURCH
Potts-Dupre, Hawkins & Kramer, Chtd.
900 7th St. NW, Suite 1020
Washington, DC 20001-3888
Phone: (202) 223-0888
Email: kburch@phk-law.com

*Counsel for Plaintiff*
*Admitted Pro Hac Vice*

*s/ Jack D'Aurora (via email consent 10/14/2025)*
JACK D'AURORA
The Behal Law Group, LLC
501 S. High Street, Suite 200
Columbus, OH 43215
Phone: (614)643-2109
Email: jdaurora@behallaw.com

*Counsel for Defendant*
*Sixth Region Remodeling, LLC & GMCR Construction, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, a true and accurate copy of the foregoing Joint Motion for Approval of Consent Judgment was served electronically via the Court's CM/ECF electronic mailing system to all parties listed thereon.

Respectfully Submitted,

*s/ Timothy P. Piatt*
TIMOTHY P. PIATT (0080620)
Attorney for Plaintiff