UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BOARD OF TRUSTEES OF
THE SOUTHERN OHIO PAINTERS
HEALTH & WELFARE FUND,

    Plaintiff,

vs.

SIXTH REGION REMODELING,
LLC, *et al.*,

    Defendants.

Case No. 3:21-cv-300

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION FOR APPROVAL OF THE PARTIES' CONSENT JUDGMENT (Doc. No. 62); (2) APPROVING THE CONSENT JUDGMENT (*see* Doc. No. 62-1); (3) RETAINING JURISDICTION TO ENFORCE THE JUDGMENT; AND (4) GRANTING THE PARTIES LEAVE TO FILE THE SETTLEMENT AGREEMENT UNDER SEAL BY NOVEMBER 3, 2025**

---

This civil case is before the Court upon the parties' unopposed, joint motion for approval of the consent judgment. Doc. No. 62. The parties, by and through their counsel, jointly stipulate to enter judgment on the following terms: Judgment shall be entered against Defendants and in favor of Plaintiff for $178,955.97, which amount consists of $53,442.00 in principal contributions, interest in the amount of $52,781.00, liquidated damages in the amount of $10,688.40, and legal fees and costs incurred by Plaintiff (through August 2024) in the amount of $62,044.57. Doc. No. 62-1. For good cause shown, the Court **GRANTS** the parties' unopposed, joint motion and **APPROVES** the consent judgment. The Court also **RETAINS** jurisdiction to enforce the judgment.[1] Finally, the Court **GRANTS** the parties leave to file the settlement agreement under seal **by November 3, 2025**.

    **IT IS SO ORDERED.**

October 23, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] Accordingly, this case is not closed even though the parties have resolved their dispute.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SOUTHERN OHIO PAINTERS HEALTH & WELFARE TRUST FUND** )<br>)<br>)<br>)<br>  Plaintiff,  )<br>)<br>vs.  )<br>)<br>)<br>**SIXTH REGION REMODELING, LLC, et al.**  )<br>)<br>)<br>  Defendant.  )<br>) | CASE NO. 3:21-cv-0300-MJN-PBS<br><br>JUDGE MICHAEL J. NEWMAN<br><br>CONSENT JUDGMENT |

## CONSENT JUDGMENT

Plaintiff Board of Trustees of the Southern Ohio Painters Health & Welfare Trust Fund ("SOPHW"), together with Defendants Sixth Region Remodeling, LLC and GMCR Construction, LLC's ("GMCR") (collectively "Defendants"), and by and through their undersigned counsel, jointly stipulate to enter judgment on the following terms:

Judgment shall be entered against Defendants and in favor of SOPHW for $178,955.97, which amount consists of $53,442.00 in principal contributions, interest in the amount of $52,781.00, liquidated damages in the amount of $10,688.40, and legal fees and costs incurred by SOPHW (through August 2024) in the amount of $62,044.57.

                                                   Respectfully Submitted,

                                                 *s/ Timothy P. Piatt*
                                                 TIMOTHY P. PIATT (0080620)
                                                 Macala & Piatt, LLC
                                                 601 S. Main St.
                                                 North Canton, Ohio 44720
                                                 Phone: (330) 493-1570

Email: tppiatt@mgplaborlaw.com

*Local Counsel for Plaintiff*


*s/ Katie Burch*
KATIE BURCH
Potts-Dupre, Hawkins & Kramer, Chtd.
900 7th St. NW, Suite 1020
Washington, DC 20001-3888
Phone: (202) 223-0888
Email: kburch@phk-law.com

*Counsel for Plaintiff*
*Admitted Pro Hac Vice*


JACK D'AURORA
The Behal Law Group, LLC
501 S. High Street, Suite 200
Columbus, OH 43215
Phone: (614) 643-2109
Email: j.daurora@behal-duvall.com

*Counsel for Defendant*
*Sixth Region Remodeling, LLC &*
*GMCR Construction, LLC*