UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BOARD OF TRUSTEES OF
THE SOUTHERN OHIO PAINTERS
HEALTH & WELFARE FUND,

     Plaintiff,                           Case No. 3:21-cv-300

vs.

SIXTH REGION                        District Judge Michael J. Newman
REMODELING, LLC, *et al.*,

     Defendants.

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED, VOLUNTARY MOTION TO DISMISS THIS CASE WITH PREJUDICE (Doc. No. 64); (2) DISMISSING THIS CASE WITH PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This case is before the Court upon Plaintiff's unopposed, voluntary motion to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  Doc. No. 64.  For good cause shown, and in the absence of opposition, the Court **GRANTS** Plaintiff's motion to dismiss.  *See Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994).  Accordingly, this case is **DISMISSED WITH PREJUDICE** and **TERMINATED** on the docket.

     **IT IS SO ORDERED.**

March 12, 2026                          s/*Michael J. Newman*
                                           Hon. Michael J. Newman
                                           United States District Judge